AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

12 DEC 11 PM 12: 41

MIDDLE ... COURT
... OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| MSC Mediterranean Shipping Co. SA, Geneva ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11-61634-Civ-SCOLA |
| Metal Worldwide, Inc., and Sachin Chhabra ) | |
| *Defendant* ) | |

8:12-MC-151-T-30 TBM

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 09/14/2012.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 12/4/12

Steven M. Larimore
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

#846-1  TPA14758