UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61634-Civ-SCOLA

MSC MEDITERRANEAN SHIPPING
CO. SA, GENEVA,

      Plaintiff,

vs.

METAL WORLDWIDE, INC., and
SACHIN CHHABRA,

      Defendants.
_____/

## CONSENT JUDGMENT

THIS MATTER is before the Court on the Plaintiff's Motion For Entry Of Consent Judgment and For Dismissal Of Claims (ECF No. 106). This Court previously entered summary judgment in favor of the Plaintiff on Counts I and II of the Complaint. The Plaintiff and Defendant Metal Worldwide, Inc. have now entered into a Joint Stipulation for Final Judgment (ECF No. 106-1). The Plaintiff requests the Court to enter a final judgment consistent with the Joint Stipulation, dismiss Count X of the Complaint without prejudice, and dismiss Counts III – IX of the Complaint with prejudice. Defendant Metal Worldwide agrees to the entry of the consent judgment, and agrees to the dismissal of all claims against it. Defendant Sachin Chhabra does not agree to the dismissal of the claims against him.

Having considered the motion, the record, and the relevant legal authorities, it is **ORDERED and ADJUDGED** that the Motion (ECF No. 106) is **GRANTED**. Final Judgment is **ENTERED**, consistent with Joint Stipulation for Final Judgment, against Defendant Metal Worldwide, Inc. in the amount of **$1,500,000.00**, for which sum let execution issue. This Court shall retain jurisdiction consistent with the terms set forth in the Joint Stipulation.

It is **FURTHER ORDERED** that Counts III – IX of the Complaint are **DISMISSED** *with prejudice*, and Count X of the Complaint is **DISMISSED** *without prejudice*. The Clerk shall **CLOSE** this case. The bench trial, scheduled for September 18, 2012, is **CANCELLED**.

**DONE and ORDERED** in chambers, at Miami, Florida, on September 14, 2012.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of record*

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
District Court
Southern District of Florida
By _____
        Deputy Clerk
Date _____